IN THE SUPREME COURT OF TENNESSEE

AT JACKSON

BARBARA WHITE, as the )
Administratrix of the Estate )
of Earl R. White, deceased, )
                                )    Carroll Circuit
    Plaintiff/Appellant, )
                           ) Hon. Julian P. Guinn, Judge
                                )
v.                              )    No. 02S01-9701-CV-00007
                                )
                                )
WILLIAM H. LAWRENCE, M.D., )
                                )
    Defendant/Appellee. )

FILED

October 5, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

**O R D E R**

The Court has considered the Petition for Rehearing filed by the defendant/appellee, and it is the decision of a majority of this Court that the petition is without merit. The Petition for Rehearing is denied.

Justices Drowota and Holder adhere to the views expressed in their original opinions.

PER CURIAM